# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| GUANGYU WANG, | ) | 3:12-CV-0498-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 13, 2012 |
| | ) | |
| UNIVERSITY OF NEVADA, RENO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   This case was commenced in September 2012 and was served on the defendants.  Motions to dismiss, to amend, and to expedite were fully briefed in this case.  The court issued a six-page ruling granting defendants' motion to dismiss and denying plaintiff's motion to amend as futile (#32).  Plaintiff now seeks a refund of the civil filing fee of $350 (#33).

   Parties instituting a civil action in a district court are required to pay a filing fee pursuant to Title 28, U.S. Code, Section 1914.  The Office of the Clerk of Court is prohibited from giving legal advice to parties, and there is no provision for refunding the filing fee to plaintiffs who are unsuccessful in their litigation.  Therefore, plaintiff's request for refund of civil filing fee of $350 (#33) is **DENIED**.

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                        By:_____/s/_____
                                Deputy Clerk