UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GUANGYU WANG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIVERSITY OF NEVADA, RENO, et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | 3:12-CV-0498-LRH-VPC <br><br> ORDER |

Before the court is plaintiff Guangyu Wang's ("Wang") motion to re-open this closed action. Doc. #35.[1]

On September 18, 2012, Wang filed a complaint against the University of Nevada, Reno ("UNR") for breach of employment contract. Doc. #1. In response, UNR filed a motion to dismiss for lack of subject matter jurisdiction (Doc. #9) which was granted by the court (Doc. #32). This action was subsequently closed. Thereafter, Wang filed the present motion to re-open. Doc. #35.

In his motion, Wang requests the court re-open this case because he has now filed a charge of discrimination with the Nevada Equal Rights Commision ("NERC"). *See* Doc. #35. However, Wang's motion is without merit. The simple act of filing of a charge of discrimination does not grant this court subject matter jurisdiction because Wang has not received a right to sue letter. Thus, the court still cannot exercise subject matter jurisdiction over this action. Therefore, the court

---

[1] Refers to the court's docket number.

shall deny Wang's motion to re-open this action.

Additionally, the court notes that if Wang receives a right to sue letter based on his new charge of discrimination the proper course is to initiate a new action based on his charge of discrimination rather than re-opening this closed action.

IT IS THEREFORE ORDERED that plaintiff's motion to re-open (Doc. #35) is DENIED.

IT IS SO ORDERED.

DATED this 2nd day of April, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE